IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

William A. Freeman,   Case No.  4:11CV791

    Plaintiff

    v.   **ORDER**

Margaret Bradshaw,

    Defendant

This is a habeas corpus case in which I adopted an Magistrate Judge's Report and Recommendation recommending that the petition be denied. The petitioner appealed; the Court of Appeals remanded for determination if a certificate of appealability should issue.

I referred that question to the Magistrate Judge for a further Report and Recommendation. He has filed his Report and Recommendation recommending that no certificate issue. (Doc. 26). The petitioner has filed his objection to the Report and Recommendation. (Doc. 27).

On *de novo* review, I concur with the Magistrate Judge that no certificate should issue. The petitioner has failed to raised any constitutional issues as to which reasonable jurists would find original assessment of his constitutional claims debatable or wrong.

It is, therefore,

ORDERED THAT the Magistrate Judge's Report and Recommendation be, and the same hereby is adopted; no certificate of appealability shall issue.

So ordered.

    /s/ James G.Carr
    Sr. U.S. District Judge